IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINCOLN PROPERTY COMPANY,
also known as
Brookside Apts,

    Plaintiff,

     v.

PARISS BO-BO
and all other occupants,

    Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-675-TWT

**ORDER**

    This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Clayton County for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Clayton County.

SO ORDERED, this 7 day of May, 2014.

                                    /s/Thomas W. Thrash
                                    THOMAS W. THRASH, JR.
                                    United States District Judge